**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Navigators Insurance Company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BR Consulting, Inc., et al.,<br><br>　　　　Defendants. | No. CV-10-8089-PCT-PGR<br><br><br><br>ORDER |

　　　The parties having filed a Stipulation for Dismiss Without Prejudice (Doc. 21) which is sufficient to automatically effectuate the dismissal of this action in its entirety without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 and n.4 (9th Cir.1986),

　　　IT IS ORDERED that the Clerk of the Court shall terminate this action.

　　　DATED this 20th day of January, 2011.

　　　　　　　　　　　　　　　　　／s／ Paul G. Rosenblatt
　　　　　　　　　　　　　　　　　Paul G. Rosenblatt
　　　　　　　　　　　　　　　　　United States District Judge